UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA VICTORIA BAKERY CORP, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-11-03088 DMR<br><br>**ORDER TO SUBMIT STATUS REPORT** |

　　　The Complaint in this case was filed on June 22, 2011. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act (Docket No. 2), the last day for the Plaintiff to file a "Notice of Need for Mediation" was on or about November 14, 2011. No such notice has been filed. By no later than December 9, 2011, Plaintiff is ordered to submit a report regarding the status of this case. No extensions of this deadline will be granted.

　　　IT IS SO ORDERED.

Dated: December 8, 2011



_____
DONNA M. RYU
United States Magistrate Judge