UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al., | No. C-11-03088 DMR |
| Plaintiffs, | **ORDER EXTENDING DEADLINES** |
| v. | |
| LA VICTORIA BAKERY CORP, et al., | |
| Defendants. | |

The court is in receipt of Plaintiff's December 9, 2011 status report. The deadline to conduct the joint site inspection is extended to January 26, 2012. Any Notice of Need for Mediation shall be filed no later than February 26, 2012.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge