UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | No. C 11-03088 DMR |
| Plaintiff(s), | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| LA VICTORIA BAKERY CORP, | |
| Defendant(s). | |

The court having been advised by the ADR Department that the parties have resolved this matter, IT IS HEREBY ORDERED that parties file a status report or, in the alternative, a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by no later than **August 10, 2012.**

IT IS SO ORDERED.

Dated: July 30, 2012

DONNA M. RYU
United States Magistrate Judge