1 THOMAS E. FRANKOVICH (State Bar #074414)
2 THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
3 4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:     415/674-8600
4 Facsimile:      415/674-9900

5 Attorney For Plaintiffs, DAREN HEATHERLY
and IRMA RAMIREZ, each an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>LA VICTORIA BAKERY CORPORATION, INC., a California Corporation; VENGA, INC., a California Corporation dba VENGA, THOROBREAD; GABRIEL MALDONADO, an individual dba LA VICTORIA BAKERY; JAMIE MALDONADO, an individual dba LA VICTORIA BAKERY and THOROBREAD; SABIN PAUL SPEISER, an individual dba THOROBREAD; and GABRIEL MALDONADO and SUSANA E. MALDONADO, Trustees of the MALDONADO FAMILY LIVING TRUST, dated March 30, 2000,<br><br>          Defendants.<br>_____ | **CASE NO.  CV-11-3088-DMR**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

1  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein,
2  each party is to bear its own costs and attorneys' fees. The parties further consent to and request
3  that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian</u>
4  <u>Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over
5  enforcement of settlement agreements).
6       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
7  their designated counsel that the above-captioned action become and hereby is dismissed with
8  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
9       As to defendants LA VICTORIA BAKERY CORPORATION, INC., a California
10 Corporation; VENGA, INC., a California Corporation dba VENGA, THOROBREAD; and
11 SABIN PAUL SPEISER, an individual dba THOROBREAD, Plaintiffs filed a Notice of
12 Voluntary Dismissal on December 7, 2011. *See Document #10*
13      This stipulation may be executed in counterparts, all of which together shall constitute
14 one original document.

15

16 Dated: August 8, 2012                  THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*
17
18                                          By: */s/ Thomas E. Frankovich*
                                                 Thomas E. Frankovich
19                                          Attorney for DAREN HEATHERLY and IRMA
                                         RAMIREZ, each an individual
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON        CASE NO. CV-11-3088-DMR

1  Dated: August 8, 2012                    Law Office of Jason G. Gong
                                            *A Professional Corporation*

                                            By: */s/ Jason G. Gong*
                                                 Jason G. Gong
                                            Attorney for Defendants GABRIEL
                                            MALDONADO and SUSANA E. MALDONADO,
                                            Trustees of the MALDONADO FAMILY LIVING
                                            TRUST, dated March 30, 2000,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __August 13__, 2012

IT IS SO ORDERED

Honorable Donna M. Ryu
United States Magistrate Judge

*Judge Donna M. Ryu*

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON       CASE NO. CV-11-3088-DMR

-3-